E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY B. FOYE

    Plaintiff(s),

v.

NATIONAL PASSENGER RAILROAD CORPORATION dba AMTRAK, MARCOS GONZALES, and DOES 1-15 inclusive,
    Defendant(s).

No. C C07-06435

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 1/2/08

Signature: Pamela M. Price

Counsel for PLAINTIFF
(Plaintiff, Defendant, or indicate "pro se")