1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   PRICE AND ASSOCIATES
2  A Professional Law Corporation
   The Latham Square Building
3  1611 Telegraph Avenue, Suite 1450
   Oakland, CA 94612
4  Telephone: (510) 452-0292
   Facsimile:  (510) 452-5625
5
   Attorneys for Plaintiff
6  MARY B. FOYE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY B. FOYE, | NO. C07-6435 MHP |
| Plaintiff, | **NOTICE OF UNAVAILABILITY** |
| v. | |
| NATIONAL PASSENGER RAILROAD CORPORATION dba AMTRAK, MARCOS GONZALES, and DOES 1 through 15 inclusive, | |
| Defendants. | |

TO:   DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Attorney Pamela Y. Price of Price And Associates will be unavailable from April 16, 2008 through May 16, 2008.

Dated: April 8, 2008

PRICE AND ASSOCIATES

*/s/ Pamela Y. Price*

PAMELA Y. PRICE, Attorneys for Plaintiff
MARY B. FOYE

NOTICE OF UNAVAILABILITY (C07-6435 MHP)