1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   PRICE AND ASSOCIATES
2  A Professional Law Corporation
   The Latham Square Building
3  1611 Telegraph Avenue, Suite 1450
   Oakland, CA 94612
4  Telephone: (510) 452-0292
   Facsimile: (510) 452-5625
5
   Attorneys for Plaintiff
6  MARY B. FOYE

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  MARY B. FOYE,                        )   NO. C07-6435 MHP
                                         )
13         Plaintiff,                    )
                                         )   **REQUEST TO DISMISS**
14  v.                                   )   **PURSUANT TO RULE 41(a)(1)**
                                         )
15  NATIONAL PASSENGER RAILROAD          )
    CORPORATION dba AMTRAK, MARCOS       )
16  GONZALES, and DOES 1 through 15      )
17  inclusive,                           )
                                         )
18         Defendants.                   )
                                         )
19

20         Plaintiff MARY B. FOYE, through her counsel hereby requests that the entire action

21  against all parties may be dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule

22  41(a)(1).

23  Dated: June 27, 2008                      PRICE AND ASSOCIATES

24

25                                            ___/s/_____
                                              PAMELA Y. PRICE, Attorneys for Plaintiff
26                                            MARY B. FOYE

27

28
                                         - 1 -
    REQUEST AND ORDER TO DISMISS CASE (C07-6435 MHP)

PYP1163P203

## ORDER

Per the Plaintiff's request, **IT IS SO ORDERED.** The Clerk of the Court is directed to enter the dismissal and close the case.

Dated: _____

                                            _____
                                            MARILYN H. PATEL
                                            U.S. DISTRICT JUDGE